UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
INFORMATION DYNAMICS, LLC, on Behalf of     )
Itself and All Others Similarly Situated,   )
                                            )
            Plaintiff                       )
                                            )
    vs.                                     )   Case No. 04-10308-DPW
                                            )
SONUS NETWORKS, INC., PAUL R. JONES,        )
EDWARD N. HARRIS, J. MICHAEL O'HARA,        )
HASSAN M. AHMED and STEPHEN J. NILL,        )
                                            )
            Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                    Respectfully Submitted,

                    SONUS NETWORKS, INC.

                    By its attorneys,

                    /s/ Gregory F. Noonan_____
                    Jeffrey B. Rudman (BBO #433380)
                    James W. Prendergast (BBO #553073)
                    Daniel W. Halston (BBO #548692)
                    Gregory F. Noonan (BBO #651035)
                    Hale and Dorr LLP
                    60 State Street
                    Boston, MA 02109
                    (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Theodore M. Hess-Mahan | William S. Lerach |
| Shapiro, Haber & Urmy LLP | Darren J. Robbins |
| 75 State Street | Millberg Weiss Bershad Hynes & Lerach LLP |
| Boston, MA 02109 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101 |

                        /s/ Gregory F. Noonan_____
                        Gregory F. Noonan

Dated:  April 15, 2004