UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

DEBORAH CHIN, on behalf of herself
and all others similarly situated,

                        Plaintiff,

      -against-

SONUS NETWORKS, INC., HASSAN AHMED
and STEPHEN J. NILL,

                        Defendants.

Civil Action No. 04-cv-10308-DPW

------------------------------------------------------------X
------------------------------------------------------------X

WHEATON ELECTRICAL SERVICES
RETIREMENT 401K PROFIT SHARING PLAN,
on behalf of herself
and all others similarly situated,

                        Plaintiff,

      -against-

SONUS NETWORKS, INC., HASSAN AHMED
and STEPHEN J. NILL,

                        Defendants.

Civil Action No. 04-cv-10383-DPW

------------------------------------------------------------X

**DECLARATION OF MARC I. GROSS IN SUPPORT OF
MEMORANDUM OF LAW IN SUPPORT OF MOHAMMED AKHTAR'S MOTION
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD COUNSEL**

**Marc I. Gross, hereby declares that:**

1. I am a member of Pomerantz Haudek Block Grossman & Gross LLP. I submit this Declaration in support of the motion for appointment of Mohammed Akhtar as Lead Plaintiff.

2. Submitted herewith are the following exhibits:

**EXHIBIT A:** Certificate detailing Mohammed Akhtar's transactions in Sonus Networks common stock during the class period.

**EXHIBIT B:** Cauley Geller Bowman & Rudman LLP's February 12, 2004 press release announcing a securities class action lawsuit has been filed against Sonus Networks, et al.

**EXHIBIT C:** Firm Biography of Pomerantz Haudek Block Grossman & Gross LLP.

Marc I. Gross