UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

INFORMATION DYNAMICS, LLC, On )
Behalf of Itself and All Others Similarly )
Situated, )
                                                     )
                Plaintiff, )        Civil Action No. 04CV10308 DPW
)
vs. )
)
SONUS NETWORKS, INC., PAUL R. )
JONES, EDWARD N. HARRIS, J. MICHAEL )
O'HARA, HASSAN M. AHMED and )
STEPHEN J. NILL, )
)
                Defendants. )
)

---

## ENTRY OF APPEARANCE

The undersigned, Mary Patricia Cormier, hereby enters her appearance as counsel for the Defendants, Paul R. Jones, Edward N. Harris and J. Michael O'Hara in the above-captioned action.

                                                       By their attorneys

                                                       _/s/ Mary Patricia Cormier_
                                                       Mary Patricia Cormier (B.B.O. No. 635756)
                                                       EDWARDS & ANGELL, LLP
                                                       101 Federal Street
                                                       Boston, MA 02110
                                                       Tel. 617-439-4444
                                                       Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 13th day of May, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon Plaintiff's counsel, Paul Warner, Reich & Binstock, LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027.

_____
Mary Patricia Cormier

BOS_444962_1/MCORMIER