**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff<br><br>    vs.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>        Defendants. | Case No. 04-10308-DPW |

**NOTICE OF CHANGE OF FIRM NAME**

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Theodore M. Hess-Mahan<br>Shapiro, Haber & Urmy LLP<br>75 State Street<br>Boston, MA 02109 | William S. Lerach<br>Darren J. Robbins<br>Millberg Weiss Bershad Hynes & Lerach LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel:  (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel:   (617) 248-5000<br>Fax:  (617) 248-4000 |
| John D. Hughes (BBO #243660)<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Tel:  (617) 439-4444<br>Fax: (617) 439-4170 | |

                                          /s/ Gregory F. Noonan_____
                                          Gregory F. Noonan

Dated:  June 1, 2004